Bobby T. CURRY, Petitioner,

v.

Cherelle L. PARKER, Marion Johnson, Jacqueline Manns–Hill, Respondents.

Supreme Court of Pennsylvania.

May 7, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 7 th day of May, 1999, the Petition For Stay, Petition For Review, and Petition For An Emergency Hearing are DENIED. Respondents' Motion to Dismiss is dismissed as moot.

HOUSING AUTHORITY OF the CITY OF YORK, Appellant,

v.

Queen E. ISMOND.

Supreme Court of Pennsylvania.

Argued Nov. 16, 1998.
Decided May 11, 1999.

David B. Schaumann, Bradley J. Leber, York, for Housing Authority of City of York.

E. John Mitton, York, for Queen E. Ismond.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Order affirmed.

Justices ZAPPALA and CAPPY dissent.